B1 (Official Form 1)(4/10)

| United States Bankruptcy Court<br>Northern District of Georgia | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Cagle's, Inc.** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names):<br>**DBA Integrated Poultry Company** | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN (if more than one, state all)<br>**58-0625713** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN (if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State):<br>**1385 Collier Road, N.W.**<br>**Atlanta, GA**<br>ZIP Code **30318** | Street Address of Joint Debtor (No. and Street, City, and State):<br>ZIP Code |
| County of Residence or of the Principal Place of Business:<br>**Fulton** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>ZIP Code | Mailing Address of Joint Debtor (if different from street address):<br>ZIP Code |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | |

**Type of Debtor** (Form of Organization) (Check one box)
- ☐ Individual (includes Joint Debtors) *See Exhibit D on page 2 of this form.*
- ■ Corporation (includes LLC and LLP)
- ☐ Partnership
- ☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business** (Check one box)
- ☐ Health Care Business
- ☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
- ☐ Railroad
- ☐ Stockbroker
- ☐ Commodity Broker
- ☐ Clearing Bank
- ■ Other

**Tax-Exempt Entity** (Check box, if applicable)
- ☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)
- ☐ Chapter 7
- ☐ Chapter 9
- ■ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13
- ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- ☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts** (Check one box)
- ☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- ■ Debts are primarily business debts.

**Filing Fee** (Check one box)
- ■ Full Filing Fee attached
- ☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- ☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**
Check one box:
- ☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- ■ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
- ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,343,300 *(amount subject to adjustment on 4/01/13 and every three years thereafter).*

Check all applicable boxes:
- ☐ A plan is being filed with this petition.
- ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**
- ■ Debtor estimates that funds will be available for distribution to unsecured creditors.
- ☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

Estimated Number of Creditors
| ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | OVER 100,000 |

Estimated Assets
| ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

Estimated Liabilities
| ☐ | ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

B1 (Official Form 1)(4/10) Page 2

| **Voluntary Petition**<br>*(This page must be completed and filed in every case)* | Name of Debtor(s):<br>**Cagle's, Inc.** | |
|---|---|---|
| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet) | | |
| Location Where Filed:  **- None -** | Case Number: | Date Filed: |
| Location Where Filed: | Case Number: | Date Filed: |
| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet) | | |
| Name of Debtor:<br>**Cagle's Farms, Inc.** | Case Number: | Date Filed: |
| District:<br>**Northern District of Georgia** | Relationship:<br>**Subsidiary** | Judge: |

| **Exhibit A** | **Exhibit B** |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br>■ Exhibit A is attached and made a part of this petition. | (To be completed if debtor is an individual whose debts are primarily consumer debts.)<br><br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b).<br><br>X_____<br>   Signature of Attorney for Debtor(s)       (Date) |

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

■ No.

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box)

■ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

B1 (Official Form 1)(4/10) Page 3

| Voluntary Petition | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **Cagle's, Inc.** |

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Debtor

X _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

### Signature of Attorney*

X **/s/ Paul K. Ferdinands**
Signature of Attorney for Debtor(s)

**Paul K. Ferdinands 258623**
Printed Name of Attorney for Debtor(s)

**King & Spalding LLP**
Firm Name

**1180 Peachtree Street, N.E.
Atlanta, GA 30309**

_____
Address

**Email: pferdinands@kslaw.com
(404) 572-4600  Fax: (404) 572-5100**
Telephone Number

**October 19, 2011**
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X **/s/ Mark M. Ham IV**
Signature of Authorized Individual

**Mark M. Ham IV**
Printed Name of Authorized Individual

**Executive Vice President and Chief Financial Officer**
Title of Authorized Individual

**October 19, 2011**
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

X _____

_____
Date

Signature of Bankruptcy Petition Preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.*

B 1A (Official Form 1, Exhibit A) (9/97)

*[If debtor is required to file periodic reports (e.g. forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11 of the Bankruptcy Code, this Exhibit "A" shall be completed and attached to the petition.]*

# United States Bankruptcy Court
## Northern District of Georgia

In re  **Cagle's, Inc.**    Case No. _____

Debtor(s)    Chapter  **11**

## EXHIBIT "A" TO VOLUNTARY PETITION

1. If any of the debtor's securities are registered under Section 12 of the Securities Exchange Act of 1934, the SEC file number is **001-07138**.

2. The following financial data is the latest available information and refers to the debtor's condition on **July 2, 2011**.

   a. Total assets                                                           $ **92,025,000.00**

   b. Total debts (including debts listed in 2.c., below)                    $ **62,991,000.00**

   c. Debt securities held by more than 500 holders:

   |   |   |   |   | Approximate number of holders: |
   |---|---|---|---|---|
   | secured ☐  unsecured ☐  subordinated ☐ | $ | 0.00 | | 0 |
   | secured ☐  unsecured ☐  subordinated ☐ | $ | 0.00 | | 0 |
   | secured ☐  unsecured ☐  subordinated ☐ | $ | 0.00 | | 0 |
   | secured ☐  unsecured ☐  subordinated ☐ | $ | 0.00 | | 0 |
   | secured ☐  unsecured ☐  subordinated ☐ | $ | 0.00 | | 0 |

   d. Number of shares of preferred stock        0        0

   e. Number of shares common stock        4,616,000        117

   Comments, if any:

3. Brief description of Debtor's business:
   **The Debtors produce, market and distribute a variety of fresh and frozen poultry products.**

4. List the name of any person who directly or indirectly owns, controls, or holds, with power to vote, 5% or more of the voting securities of debtor:
   **See Attachment A for a list of each person known to management to be the beneficial owner of more than five percent of the voting securities of the Company as of May 20, 2011.**

In re  **Cagle's Inc.**                                                                 Case No. _____
                                    Debtor(s)

# EXHIBIT "A" TO VOLUNTARY PETITION
## Attachment A

The following table sets forth each person known to management to be the beneficial owner of more than five percent of the voting securities of the Company as of May 20, 2011:

| Name and Address of Beneficial Owner | Title of Class | Amount and Nature of Beneficial Ownership(1) | Percent of Class |
|---|---|---|---|
| J. Douglas Cagle<br>1385 Collier Road, N.W.<br>Atlanta, Georgia 30318 | Class A Common Stock | 2,335,584(2) | 50.60% |
| George Douglas Cagle<br>1385 Collier Road, N.W.<br>Atlanta, Georgia 30318 | Class A Common Stock | 1,527,220(3) | 33.08% |
| James David Cagle<br>1385 Collier Road, N.W.<br>Atlanta, Georgia 30318 | Class A Common Stock | 1,498,818(4) | 32.47% |
| Cagle Family Holdings, LLC<br>1385 Collier Road, N.W.<br>Atlanta, Georgia 30318 | Class A Common Stock | 1,191,104(5) | 25.80% |
| Dimensional Fund Advisors LP<br>6300 Bee Cave Road<br>Austin, TX 78746 | Class A Common Stock | 361,184(6) | 7.82% |
| Advisory Research Inc.<br>180 North Stetson St., Suite 5500<br>Chicago, IL 60601 | Class A Common Stock | 316,649(7) | 6.86% |
| Wynnefield Partners affiliates<br>450 Seventh Avenue, Suite 509<br>New York, New York 10123 | Class A Common Stock | 244,807(8) | 5.30% |

(1) Of the shares shown in this column, management knows of no shares with respect to which such listed beneficial owners have the right to acquire beneficial ownership as specified in regulations of the Securities and Exchange Commission.

(2) This amount includes 1,191,104 shares held indirectly by Mr. Cagle through Cagle Family Holdings, LLC (the "LLC"). As a manager of the LLC, Mr. Cagle shares the power to vote and dispose of the shares held by the LLC with his sons, George Douglas Cagle and James David Cagle, the other managers of the LLC.

(3) This amount includes 1,191,104 shares held indirectly by Mr. Cagle through the LLC. As a manager of the LLC, Mr. Cagle shares the power to vote and dispose of the shares held by the LLC with his father, J. Douglas Cagle, and brother, James David Cagle, the other managers of the LLC.

(4) This amount includes 1,191,104 shares held indirectly by Mr. Cagle through the LLC. As a manager of the LLC, Mr. Cagle shares the power to vote and dispose of the shares held by the LLC with his father, J. Douglas Cagle, and brother, George Douglas Cagle, the other managers of the LLC.

(5) Cagle Family Holdings, LLC is managed by J. Douglas Cagle, George Douglas Cagle, and James David Cagle, who share the power to vote the shares held by the LLC. These shares are included in the beneficial ownership calculations for J. Douglas Cagle, George Douglas Cagle, and James David Cagle. See notes 2, 3 and 4 above.

(6) Dimensional Fund Advisors LP is the beneficial owner of 361,184 shares as of December 31, 2010, which are held by various funds and accounts, of which Dimensional Fund Advisors LP serves as investment advisor or manager.

(7) Advisory Research Inc. is the beneficial owner of 316,649 shares as of December 31, 2010. Advisory Research, Inc. is a subsidiary of Piper Jaffray Companies, a Delaware corporation.

(8) As of December 31, 2010, Wynnefield Partners Small Cap Value L.P., Wynnefield Partners Small Cap Value L.P. I, Wynnefield Small Cap Value Offshore Fund, Ltd., Wynnefield Capital Management, LLC, Wynnefield Capital, Inc., and Nelson Obus, which are affiliated, each separately owned a beneficial interest in a portion of the shares listed in the table.

# CAGLE'S, INC.

## CERTIFICATE OF RESOLUTION

I, Harry C. Woodring, Secretary and Treasurer of Cagle's, Inc., a Georgia corporation (the "Company"), hereby certify that the following resolutions were duly adopted in accordance with the Company's bylaws and Section 14-2-821 of the Georgia Business Corporation Code and that said resolutions have not been modified or rescinded, and are still in full force and effect on the date hereof:

**RESOLVED**, that in the judgment of the Board of Directors of the Company, it is desirable and in the best interests of the Company that Keith F. Cooper with the firm of FTI Consulting, Inc. be, and hereby is, elected to the office of Chief Restructuring Officer;

**RESOLVED**, that in the judgment of the Board of Directors of the Company, it is desirable and in the best interests of the Company that Sean M. Harding with the firm of FTI Consulting, Inc. be, and hereby is, elected to the office of Vice President - Restructuring;

**RESOLVED**, that in the judgment of the Board of Directors of the Company, it is desirable and in the best interests of the Company, its creditors, stockholders, employees, and other interested parties that a petition be filed by the Company seeking relief under the provisions of chapter 11 of title 11, United States Code (the "Code");

**RESOLVED**, that J. Douglas Cagle and Mark M. Ham IV (each an "Authorized Officer" and together, the "Authorized Officers"), are, and each of them is, hereby authorized and empowered on behalf of, and in the name of, the Company to execute and verify or certify a petition under chapter 11 of the Code and to cause the same to be filed in the United States Bankruptcy Court for the Northern District of Georgia at such time as said officer executing the same shall determine and in such form or forms as either such Authorized Officer may approve in such Authorized Officer's sole discretion;

**RESOLVED**, that the law firm of King & Spalding, LLP with an office currently located at 1180 Peachtree Street, N.E., Atlanta, Georgia 30309 be, and hereby is, employed as counsel for the Company in connection with the prosecution of the Company's case under chapter 11 of the Code;

**RESOLVED**, that the firm of FTI Consulting, Inc. with an office currently located at 1201 W. Peachtree Street, N.W., Suite 500, Atlanta, GA 30309 be, and it hereby is, employed as financial and restructuring advisers to the Company in connection with the prosecution of the Company's case under chapter 11 of the Code;

**RESOLVED**, that each of the Authorized Officers be, and each of them hereby is, authorized to prepare (or cause to be prepared), execute and file (or cause to be filed) any and all petitions, schedules, motions, lists, applications, pleadings, and other papers, to take any and all such other and further actions which the Authorized Officers or the Company's legal counsel may deem necessary, desirable or appropriate in connection with filing the voluntary petition for relief under chapter 11 of the Code, including, but not limited to, motions to obtain the use of cash collateral and to incur debtor in possession financing, and to take and perform any and all further acts and deeds which they deem necessary, proper or desirable in connection with the chapter 11 case, with a view to the successful prosecution of such case;

**RESOLVED**, that each of the Authorized Officers, or their designate, be, and each of them hereby is, authorized to cause the Company, and the Company is hereby authorized, to incur post-petition secured and super-priority indebtedness in an amount determined to be necessary or advisable by either such Authorized Officers, and each such Authorized Officer or designate is hereby authorized to negotiate, execute and deliver definitive loan documentation evidencing such indebtedness (the "Post-Petition Credit Agreement"), and the Company is authorized to perform all of its obligations and agreements thereunder (including the repayment of any amount owing thereunder) and to consummate the transactions contemplated thereby, and each such Authorized Officer or designate is hereby authorized to negotiate, make, sign, execute, acknowledge, deliver and perform any and all such other instruments and agreements which they deem necessary, proper or desirable in connection therewith, including (without limitation) a guarantee and security agreement and pledge agreement, pursuant to which all of the assets of the Company will be pledged to the lenders as collateral under the Post-Petition Credit Agreement, in each case, in such forms and with such changes, modifications or additions thereto as the executing Authorized Officer or designate shall approve in his sole discretion (such approval to be conclusively evidenced by the execution of the Post-Petition Credit Agreement and such other instruments and agreements);

**RESOLVED**, that each of the Authorized Officers be, and each of them hereby is, authorized to employ and retain on behalf of the Company financial advisors, accountants, public relations advisors and other professionals, to advise the Company in connection with its case under chapter 11 of the Code;

**RESOLVED**, that the Authorized Officers of the Company be, and each of them hereby is, authorized and directed on behalf of the Company to take such actions and to make, sign, execute, acknowledge, deliver and perform (and record in a relevant office of the county clerk, if necessary) any and all such agreements, including any and all affidavits, orders, directions, certificates, requests, receipts, financing statements or other instruments, as may reasonably be required to give effect to the foregoing Resolutions, and to execute and deliver such agreements (including exhibits thereto) and related documents, and to perform fully the terms and provisions thereof;

**RESOLVED**, that the Company be, and hereby is, authorized to pay all fees and expenses incurred by it or for its account in connection with the actions approved in any or all of the foregoing Resolutions, and all actions related thereto, and each Authorized Officer, or their designate, be, and each of them hereby is, authorized, empowered and directed to make said payments as such Authorized Officer or designate may deem necessary, appropriate, advisable or desirable, such payment by any such officer to constitute conclusive evidence of such officer's determination and approval of the necessity, appropriateness, advisability or desirability thereof; and

**RESOLVED**, that to the extent that any of the actions authorized by any of the foregoing Resolutions have been taken previously by the officers of the Company on its behalf, such actions are hereby ratified, approved and confirmed in their entirety.

IN WITNESS WHEREOF, I have hereunto set my hand this 18 day of October 2011.

_____
Harry C. Woodring, Secretary and Treasurer

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

In re:                                      )   Chapter 11
                                            )
CAGLE'S, INC.,                              )   Case No. 11-_____
                                            )
            Debtor.                         )
                                            )
_____)

## LIST OF EQUITY SECURITY HOLDERS

Following is a list of the Debtor's equity security holders which is prepared in accordance with Rule 1007(a)(3) for filing in this chapter 11 case.

### Holders of Series A Common Stock

| HOLDER | ADDRESS | SHARES |
|---|---|---|
| CEDE & CO | PO BOX 20, BOWLING GREEN STN, NEW YORK NY, 10274 | 1,598,720 |
| CAGLE FAMILY HOLDINGS LLC | 2000 HILLS AVE, ATLANTA GA, 30318-2817 | 1,191,104 |
| J DOUGLAS CAGLE | C/O CAGLES INC, 2000 HILLS AVE NW, ATLANTA GA, 30318-2817 | 1,143,880 |
| GEORGE DOUGLAS CAGLE | C/O GEORGE L CAGLE, 2000 HILLS AVE NW ATLANTA GA, 30318-2817 | 336,116 |
| JAMES DAVID CAGLE | C/O CAGLES INC, 2000 HILLS AVE NW, ATLANTA GA, 30318-2817 | 307,714 |
| CAGLE'S INC | 2000 HILLS AVE NW, ATLANTA GA, 30318-2817 | 79,200 |
| CAGLES INC | 1385 COLLIER RD NW, ATLANTA GA, 30318 | 47,590 |
| WILLIAM R LINDSAY TR UA 04/21/94 ZUXX TRUST | 1000 NORTH GREEN VALLEY PRKWY, SUITE 300-112, HENDERSON NV, 89074 | 15,000 |
| EDWARD J WOLANSKI + CYNTHIA W HAMMOND TR UA 05/10/91 JENNIE P WOLANSKI TRUST | 1774 BARTERBROOK RD, STAUNTON VA, 24401 | 2,516 |
| GRANT J WELLS + HELEN WELLS JT TEN | 400 N RILEY RD, MUNCIE IN, 47304 | 2,250 |
| SWIFT CURRIE MCGHEE & HIERS ATTORNEYS AT LAW | SUITE 300, 1355 PEACHTREE ST, ATLANTA GA, 30309-3269 | 2,000 |
| BLAND BYRNE | 3555 CASTLEGATE DR, ATLANTA GA, 30327 | 1,750 |

ATL_IMANAGE-7156036.2

| HOLDER | ADDRESS | SHARES |
|---|---|---|
| ROBERT F BENTLER + ETHEL M BENTLER JT TEN | 1098 OAKFIELD AVE, WANTAGH NY, 11793-1739 | 1,624 |
| TRAVIS W ARTERBURY + MARY ANN ARTERBURY JT TEN | 1409 LANDS END N, RUSSELLVILLE AR, 72802-8830 | 1,000 |
| STANLEY L WEGRZYNOWICZ + NORMA R WEGRZNOWICZ JT TEN | 23125 N ROSEDALE CT, SAINT CLAIR SHORES MI, 48080-2612 | 776 |
| RONALD K CLAYTON | 2143 N HUDSON AVE, CHICAGO IL, 60614-4522 | 750 |
| WILLIAM L LESTER | C/O ELBERTON POULTRY CO INC, PO BOX 876, ELBERTON GA, 30635-0876 | 750 |
| VICTORIA M D ARMOND | 7428 SESAME ST, COLUMBUS GA, 31909-2639 | 500 |
| WILLARD S HARROUN + JANICE HARROUN JT TEN | 5420 HALTATA COURT, NEW PRT RCHY FL, 34655 | 500 |
| MISS RENEE LINSKY | 240 EAST 39TH ST 19 K, NEW YORK NY, 10016 | 500 |
| GEORGE F PARRIS JR | P O BOX 247, HOUSTON TX, 77001-0247 | 500 |
| HANNAH JONES SPEER | 323 DEBORAH DR, SHREVEPORT LA, 71106 | 500 |
| GEORGE E SEATON | PO BOX 158, DANVILLE GA, 31017-0158 | 466 |
| JOHNNY W EVANS + EVELYN J EVANS JT TEN | 45 REDDING RD SW, CARTERSVILLE GA, 30120-5347 | 374 |
| RALPH W BURRUSS | 1199 VESTER DR, MARIETTA GA, 30062-4975 | 312 |
| MRS MARIE E DEDERICH | 4909 WELL ROAD, VESPER WI, 54489 | 312 |
| ALONZO J STRICKLAND III | PO BOX 870225, TUSCALOOSA AL, 35487-0225 | 254 |
| ELISABETH ANDERSON | 1701 TILLING WAY, STONE MOUNTAIN GA, 30087-2330 | 250 |
| G BLAND BYRNE | 3555 CASTLEGATE DR E, ATLANTA GA, 30307 | 250 |
| EVELYN A BOSEMAN CRIDER | BOX 25, METTER GA, 30439-0025 | 250 |
| JACQUELINE FLEMING | 1002 12TH ST APT 307, SANTA MONICA CA, 90403-4222 | 250 |
| W M GENTRY JR | GENTRY POULTRY PO BOX 38, WARD SC, 29166 | 250 |
| DELMAR R LEE | 4436 PRICE RD, GAINESVILLE GA, 30506-5372 | 250 |
| LAWRENCE Y MCAULEY + MRS DOLORES M MCAULEY JT TEN | 4707 JAMERSON PL, ORLANDO FL, 32807-1023 | 250 |
| PATRICIA MCGARR | 1701 TILLING WAY, STONE MOUNTAIN GA, 30087-2330 | 250 |

| HOLDER | ADDRESS | SHARES |
|---|---|---|
| MRS BEVERLY L DILL | 3390 MISTY HARBOUR TRL, DORAVILLE GA, 30340-4229 | 62 |
| VINCENT J PELLERITO + MARY PELLERITO JT TEN | 32186 SUSILANE, ROSEVILLE MI, 48066-1019 | 52 |
| LOUISE B BUTTERWORTH + EUGENE C BUTTERWORTH JT TEN | 317 SHENANDOAH DR NE, CALHOUN GA, 30701-4720 | 50 |
| EUGENE C BUTTERWORTH | 317 SHENANDOAH DR NE, CALHOUN GA, 30701-4720 | 46 |
| LONNIE A PILGRIM | PO BOX 93, PITTSBURG TX, 75686-0093 | 46 |
| RICHARD BIKE + MRS EVELYN BIKE JT TEN | 1100 BETTE LN, GLENVIEW IL, 60025-2429 | 44 |
| MRS PATRICIA COX HADLEY | 5143 CARNLOUGH LN, WINSTON SALEM NC, 27104-5074 | 44 |
| CORNILIUS M HOOGESTEGER CUST DIRK JOHN HOOGESTEGER UGMA WI | 472 SHADY BROOK LANE, NEKOOSA WI, 54457 | 44 |
| MRS IRENE F OSORIO | 2050 169TH STREET, HAMMOND IN, 46323-2007 | 44 |
| MRS MARY W PENTIN | 2315 SUTTON RD, YORK PA, 17403 | 44 |
| GLENN SMITH | 1707 WALTON ST, DALTON GA, 30721-5913 | 44 |
| SCOTT D CALHOUN | 998 WADSWORTH DR NW, ATLANTA GA, 30318 | 42 |
| STANLEY M NEY | 245 THE SOUTH CHACE NE, ATLANTA GA, 30328 | 37 |
| BB&T EX UW RAY C HOLLAWAY | 3520 PIEDMONT RD 110, ATLANTA GA, 30305 | 36 |
| MRS CYNTHIA EDWARDS COGDELL | 2203 ROSECROFT BLVD, FORT WASHINGTON MD, 20744 | 36 |
| ROXI D DICKINSON | 508 ROCKMART RD, BUCHANAN GA, 30113 | 35 |
| TED M SIMMONS | 1800 BRANDON HILLS RD, YEADKINVILLE NC, 27055 | 31 |
| G THOMAS CORNETT JR | PO BOX 2362, GAINESVILLE GA, 30503 | 30 |
| FLAG INVESTMENTS | C/O MRS SIDNEY GOTTLER, 961 MILLEDGE PL NE, ATLANTA GA, 30329-4031 | 26 |
| JAY WILLIAM DENNISTON | 1033 STATE HWY #74, BOX 9, WESTERN NE, 68464-2205 | 22 |
| ROBERT R RIEDEL | 115 MUSTANG DR, GUYTON GA, 31312 | 22 |
| CHARLES W SMITH | PO BOX 1049, LA GRANGE GA, 30241-1049 | 20 |
| RAY F WIGHT + JUDY C WIGHT JT TEN | 2012 OAKWOOD DR, TWIN FALLS ID, 83301-4933 | 20 |

| HOLDER | ADDRESS | SHARES |
| --- | --- | --- |
| GEORGE SCHAUMBERG + MRS IRENE SCHAUMBERG JT TEN | W2588 STATE RD 54-55, SEYMOUR WI, 54165 | 232 |
| GENE D SULLIVAN | 5562 LEATHER STOCKING LN, STONE MOUNTAIN GA, 30087-1627 | 224 |
| MARTHA HOIDEN TR UA 9/12/91 MARTHA HOIDEN TRUST | 2322 RIDGELAND AVE, BERWYN IL, 60402-2429 | 186 |
| MRS MABEL S SPENCE | 135 ELAINE DR, ROSWELL GA, 30075 | 186 |
| HELEN P STANLEY | 13629 BRITTON DR, HUDSON FL, 34667 | 185 |
| RICHARD J SINNOTT + UNA SINNOTT JT TEN | 921 METROPOLITAN AVE, HYDE PARK MA, 02136-3648 | 162 |
| RICHARD E YOCUM | 1072 GEORGIA RD, CIRCLEVILLE OH, 43113-1319 | 162 |
| PATRICIA BARNETT CROWE | 5420 DORSETT SHOALS RD, DOUGLASVILLE GA, 30135 | 154 |
| BETTY J PHARAOH | C/O JENNIFER PHARAOH, 327 CONSTITUTION AVE, WASHINGTON DC, 20002 | 139 |
| DANIEL B BRIDGES + SHELENE M BRIDGES JT TEN | 16231 GA HWY 315, ELLERSLIE GA, 31807-9568 | 124 |
| MARNE B GIPSON | 1030 W 45TH ST, KANSAS CITY MO, 64111-3504 | 100 |
| JOHN H MORGADO TR UA 6/12/97 THE JOHN H MORGADO TRUST | 5537A VIA LAMESA, LAGUNA WOODS CA, 92653 | 100 |
| MARTY ROBBINS | PO BOX 55170, BRIDGEPORT CT, 06610-5170 | 100 |
| HELEN M DENNARD | 616 VALLEY DR, DALTON GA, 30720-8107 | 92 |
| MRS LOUIS SATTERFIELD | 1211 STACY DR, DALTON GA, 30721-4013 | 92 |
| JAMES SHAHIN + MRS JOANN SHAHIN JT TEN | 504 W CHAPEL LN, MIDLAND MI, 48640-7328 | 92 |
| DAVID E WHISENANT | 581 HURT RD SW, SMYRNA GA, 30082-2939 | 92 |
| GEORGE W PUGH | 167 SUNSET BLVD, BATON ROUGE LA, 70808-5073 | 86 |
| MRS GLADYS J BELL | 1151 HARBINS RD, DACULA GA, 30211-2403 | 76 |
| RONALD W LEWIS | 7214 4 MI SQ RD, TROUT CREEK MI, 49967 | 76 |
| GLEN M SMITH | 1707 WALTON ST, DALTON GA, 30721-5913 | 76 |
| ROBERT W HENDERSON + CAROLYN Y HENDERSON JT TEN | 295 TIMBERLINE DRIVE, KINGSTON TN, 37763 | 74 |
| TIMOTHY W HOLMES | 154 VILLAGE DR, HARTSELLE AL, 35640 | 74 |
| BOND ALMOND JR | 93 PEACHTREE BATTLE AVE, ATLANTA GA, 30305-4109 | 66 |

| HOLDER | ADDRESS | SHARES |
|---|---|---|
| CLYDE WILLIAMS + MRS CORRIE P WILLIAMS JT TEN | 911 10TH ST SW, ALABASTER AL, 35007 | 20 |
| CHARLES W BRUBECK | 5860 PARIS PIKE, LEXINGTON KY, 40511 | 16 |
| LEE ROY MARTIN CUST GAYLE MARTIN A MINOR U/L GA | PO BOX 2429, CUMMINGS GA, 30028 | 15 |
| VERNON W BRIDGES | 252 ZELMA SW ST, MARIETTA GA, 30060-7320 | 14 |
| CARL G GREENEWAY | 2920 SHADY LN, WISCONSIN RAPIDS WI, 54494-6233 | 14 |
| STANLEY L WEGRZYNOWICZ CUST MARK J WEGRZYNOWICX UGMA MI | 23125 N ROSEDALE CT, SAINT CLAIR SHORES MI, 48080-2612 | 14 |
| HOYT E JENKINS CUST DAL E JENKINS UTMA GA | 75 CONNELL ST, JASPER GA, 30143 | 12 |
| BERNICE SCALES CUST VALERIE N SCALES UTMA NJ | 2008 LYNN RD, GREENSBORO NC, 27405 | 12 |
| STANLEY L WEGRZYNOWICZ CUST MATTHEW GEORGE WEGRZYNOWICZ UGMA MI | 23125 N ROSEDALE CT, SAINT CLAIR SHORES MI, 48080-2612 | 12 |
| DENNIS G ZAKAS + JULIE C ZAKAS JT TEN | 4110 ROYAL PENNON CT, NORCROSS GA, 30092-2180 | 12 |
| JOHN M ROGERS | 101 COVE LN, MADISON MS, 39110-7913 | 10 |
| HOYT E JENKINS CUST DAVID B JENKINS A MINOR U/L GA | 75 CONNELL ST, JASPER GA, 30143 | 6 |
| EARL W MILLER | 316 OLD MILL CREEK DRIVE, WACO TX, 76712-6452 | 6 |
| ROXI S DICKINSON CUST JOSHUA R DICKINSON UTMA GA | 508 ROCKMART RD, BUCHANAN GA, 30113 | 5 |
| HOYT E JENKINS | 75 CONNELL ST, JASPER GA, 30143 | 4 |
| HOYT E JENKINS CUST MELANIE CAROLINE JENKINS UTMA GA | 75 CONNELL ST, JASPER GA, 30143 | 4 |
| MISS CHRISTINE KING | 1415 WILSON RD, KNOXVILLE TN, 37912-2600 | 4 |
| JOHN R ALLEN + SALLY F ALLEN JT TEN | 110 S PHILLIPS ST, SEAFORD DE, 19973-3712 | 2 |
| ATLANTA BUSINESS CHRONICLE INC | ANITA SHARPE EDITOR, 1801 PEACHTREE ST NE, ATLANTA GA, 30309-1859 | 2 |
| NANCY H CAGLE CUST CHRISTIAN H CAGLE FL GIFT MIN ACT | 11559 HALETHORPE DR, JACKSONVILLE FL, 32223 | 2 |
| NANCY H CAGLE CUST MICHAEL P CAGLE FL GIFT MIN ACT | 11559 HALETHORPE DR, JACKSONVILLE FL, 32223 | 2 |
| IDO E COLANTUONI | 628 DUNAWAY CT, MCLEAN VA, 22101-2204 | 2 |

| HOLDER | ADDRESS | SHARES |
|---|---|---|
| CUDDY INTERNATIONAL | 1226 TRAFALGAR STREET, LONDON ON, N5Z 1H5 | 2 |
| MRS LILLIE B DAVIS | 3430 VALLEY RD NW, ATLANTA GA, 30305-1147 | 2 |
| VICTOR C GLAVACH JR | 1838 CHERRY ST, WHEATON IL, 60187-3210 | 2 |
| JACK FROST INC | ATTN STEVE JUREK, PO BOX 1106, ST CLOUD MN, 56302-1106 | 2 |
| LADY FORREST FARM INC | PO BOX D, FOREST MS, 39074-0558 | 2 |
| JAMES A PERDUE | PO BOX 1537, SALISBURY MD, 21802-1537 | 2 |
| THOMAS J ROCCHIO CUST DAVID SCOTT ROCCHIO UGMA NY | 108 NOTTINGHAM RD APT B, BEDFORD HILLS NY, 10507 | 2 |
| SANDRA D ROGERS | 162 WATERWOOD DR, BRANDON MS, 39042-6527 | 2 |
| MARCUS RUST | 6393 WEST 1600 S, REMINGTON IN, 47977 | 2 |
| SOUTHLAND BROILERS INC | PO BOX 1440, ENTERPRISE AL, 36331-1440 | 2 |
| A CALVIN BAIRD | PO BOX 4840, CHATTANOOGA TN, 37405 | 1 |
| MRS NELL MASON FLATAU | 424 LAMAR DR, MACON GA, 31210-4706 | 1 |
| LEON J LA CHANCE + DOROTHY D LA CHANCE JT TEN | 41 RIVERS END, SEAFORD DE, 19973 | 1 |

I, the Executive Vice President and Chief Financial Officer of the corporation named as the Debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Executed on October 19, 2011, at Atlanta, Georgia.

*[signature]*

Mark M. Ham IV
Executive Vice President and
Chief Financial Officer