# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| CAGLE'S, INC., | ) | Case No. 11-80202 |
| CAGLE'S FARMS, INC., | ) | Case No. 11-80203 |
| | ) | |
| Debtors. | ) | |
| | ) | |

## DEBTORS' 30 LARGEST UNSECURED CREDITORS ON A CONSOLIDATED BASIS

Following is the list of the Debtors' creditors holding the 30 largest unsecured claims on a consolidated basis. The list has been prepared in accordance with Rule 1007(d) of the Federal Rules of Bankruptcy Procedure. This list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is less than the total amount of such creditor's claim. The information herein shall not constitute an admission of liability by, nor is it binding on, the Debtors, and the Debtors reserve the right to amend the information contained herein.

| | (1)<br>Name of creditor and complete mailing address including zip code | (2)<br>Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3)<br>Nature of claim (trade debt, bank loan, government contract, etc.) | (4)<br>Indicate if claim is contingent, unliquidated, disputed or subject to setoff | (5)<br>Amount of claim [If secured also state value of security] |
|---|---|---|---|---|---|
| 1 | ADM Milling Co.<br>4666 Faries Parkway<br>Decatur, IL 62526 | Larry Bostick<br>ADM Milling Co.<br>4666 Faries Parkway<br>Decatur, IL 62526<br>217-424-5244 | Trade debt | | $3,696,756.76 |
| 2 | Diversified Ingredients<br>870 Woods Mill Road<br>Ballwin, MO 63011 | John Pacifico<br>Diversified Ingredients<br>870 Woods Mill Road<br>Ballwin, MO 63011<br>800-727-1267 | Trade debt | | $877,280.40 |
| 3 | International Paper<br>6400 Poplar Avenue<br>Memphis, TN 38197 | Daren Thames<br>International Paper<br>6400 Poplar Avenue<br>Memphis, TN 38197<br>256-355-7610 | Trade debt | | $857,684.21 |
| 4 | Evonik Degussa Corporation<br>Chemical Group<br>1701 Barrett Lakes Blvd.,<br>Suite 340<br>Kennesaw, GA 30144 | Kevin Riley<br>Evonik Degussa Corporation<br>Chemical Group<br>1701 Barrett Lakes Blvd.,<br>Suite 340<br>Kennesaw, GA 30144<br>201-641-6100 | Trade debt | | $799,093.57 |

In re:  Cagle's, Inc., *et al.*

**Chapter 11**

| | (1)<br>Name of creditor and complete mailing address including zip code | (2)<br>Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3)<br>Nature of claim (trade debt, bank loan, government contract, etc.) | (4)<br>Indicate if claim is contingent, unliquidated, disputed or subject to setoff | (5)<br>Amount of claim [If secured also state value of security] |
|---|---|---|---|---|---|
| 5 | Poet Nutrition<br>4506 N. Lewis Ave<br>Sioux Falls, SD 57104 | Warren Drew<br>Poet Nutrition<br>4506 N. Lewis Ave<br>Sioux Falls, SD 57104<br>605-965-6244 | Trade debt | | $687,604.26 |
| 6 | Ampro Products, Inc.<br>2305 O'Kelly Drive<br>Gainesville GA 30507 | Scott Duchette<br>Ampro Products, Inc.<br>2305 O'Kelly Drive<br>Gainesville GA 30507<br>404-535-6646 | Trade debt | | $623,688.71 |
| 7 | American Proteins, Inc. H'ville F.G.<br>4705 Leland Drive<br>Cumming, GA 30041 | Mike Hull<br>American Proteins, Inc. H'ville F.G.<br>4705 Leland Drive<br>Cumming, GA 30041<br>256-352-9821 | Trade debt | Setoff | $564,926.82 |
| 8 | Georgia Feed Products Co.<br>82 Ga Feed Dr<br>Cuthbert, GA 39840 | Mike Hull<br>Georgia Feed Products Co.<br>82 Ga Feed Dr<br>Cuthbert, GA 39840<br>256-352-9821 | Trade debt | Setoff | $451,937.65 |
| 9 | Zeigler, R.L. Co, Inc.<br>3201 Kauloosa Ave<br>Tuscaloosa, AL 35401-7506 | George Baker<br>Zeigler, R.L. Co, Inc.<br>3201 Kauloosa Ave<br>Tuscaloosa, AL 35401-7506<br>800-242-2506 | Trade debt | | $433,587.70 |
| 10 | JAT Oil, Inc.<br>600 W. Main Street<br>Chattanooga, TN 37402 | Brian Workman<br>JAT Oil, Inc.<br>600 W. Main Street<br>Chattanooga, TN 37402<br>423-629-6611 | Trade debt | | $373,087.52 |
| 11 | Cobb-Vantress, Inc<br>4703 Highway 412 E<br>Siloam Springs, AR 72761-8906 | Charlie Westbrook<br>Cobb-Vantress, Inc<br>4703 Highway 412 E<br>Siloam Springs, AR 72761-8906<br>479-524-3166 | Trade debt | | $352,768.00 |
| 12 | CSX Transportation<br>500 Water Street, C900,<br>Jacksonville, FL 32202 | Brian Wronko<br>CSX Transportation<br>500 Water Street, C900,<br>Jacksonville, FL 32202<br>904-279-4780 | Rail freight | | $293,583.00 |
| 13 | Sand Mountain Electric Co-Op<br>402 Main Street West<br>Rainsville, AL 35986-0277 | Nathaniel Ledbetter<br>Sand Mountain Electric Co-Op<br>402 Main Street West<br>Rainsville, AL 35986-0277<br>256-638-2153 | Utilities | | $242,243.93 |

DMSLIBRARY01-17456165.3

In re:  Cagle's, Inc., *et al.*

Chapter 11

| | (1)<br>Name of creditor and complete mailing address including zip code | (2)<br>Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3)<br>Nature of claim (trade debt, bank loan, government contract, etc.) | (4)<br>Indicate if claim is contingent, unliquidated, disputed or subject to setoff | (5)<br>Amount of claim [If secured also state value of security] |
|---|---|---|---|---|---|
| 14 | Nagel, H. & Son Co.<br>2428 Central Parkway<br>Cincinnati, OH 45214 | William Nagel<br>Nagel, H. & Son Co.<br>2428 Central Parkway<br>Cincinnati, OH 45214<br>513-665-4550<br>fax 513-665-4570 | Trade debt | | $223,493.14 |
| 15 | Claxton Poultry Farms<br>  (Norman W. Fries, Inc.)<br>U.S Highway 301 - Box 428<br>Claxton, GA 30417 | Phil Campbell<br>Claxton Poultry Farms<br>U.S Highway 301 - Box 428<br>Claxton, GA 30417<br>912-739-3181 | Trade debt | | $221,899.75 |
| 16 | Air Products<br>7201 Hamilton Blvd<br>Allentown, PA 18195-1501 | Michael V. O'Rouke<br>Air Products<br>7201 Hamilton Blvd<br>Allentown, PA 18195-1501<br>877-210-0611 | Trade debt | | $180,117.35 |
| 17 | American Express<br>P. O. Box 650448<br>Dallas, TX 75265-0448 | Heidi Perry<br>American Express<br>P. O. Box 650448<br>Dallas, TX 75265-0448<br>513-871-2558 | Trade debt | | $173,557.43 |
| 18 | House of Raeford Farms, Inc.<br>3333 US Hwy 117 South<br>Rose Hill, NC 28458 | Chan Windham<br>House of Raeford Farms, Inc.<br>3333 US Hwy 117 South<br>Rose Hill, NC 28458<br>864-630-7765 | Trade debt | | $167,902.21 |
| 19 | Greater South Bonds & Insurance<br>5309 N Trenholm Rd<br>Columbia, SC 29206-3211 | M. Whitner Slagsvol<br>Greater South Bonds & Insurance<br>5309 N Trenholm Rd<br>Columbia, SC 29206-3211<br>(803) 787-9722 | Liability insurance | | $142,469.00 |
| 20 | DSM Nutritional Products, Inc..<br>3927 Paysphere Circle<br>Chicago, IL 60674 | Barbara Farkas<br>Terry Torrance<br>DSM Nutritional Products, Inc..<br>4809 Mirror Lake Rd<br>Powder Springs, GA. 30127<br>404-680-7233 | Trade debt | | $126,640.00 |
| 21 | Intervet<br>556 Morris Avenue<br>Summit, NJ 07901 | Doug Ward<br>Intervet<br>556 Morris Avenue<br>Summit, NJ 07901<br>706-870-0815 | Trade debt | | $118,345.00 |
| 22 | Southeastern Minerals, Inc.<br>1100 Dothan Rd<br>Bainbridge GA 39817 | Reese Rollins<br>Southeastern Minerals, Inc.<br>1100 Dothan Rd<br>Bainbridge GA 39817<br>(229) 243-5228 | Trade debt | | $113,542.84 |

DMSLIBRARY01-17456165.3

In re:  Cagle's, Inc., *et al.*

Chapter 11

| | (1)<br>Name of creditor and complete mailing address including zip code | (2)<br>Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3)<br>Nature of claim (trade debt, bank loan, government contract, etc.) | (4)<br>Indicate if claim is contingent, unliquidated, disputed or subject to setoff | (5)<br>Amount of claim [If secured also state value of security] |
|---|---|---|---|---|---|
| 23 | Norfolk Southern Corporation<br>Three Commercial Place<br>Norfolk VA 23510-2191 | RE Ingram<br>Norfolk Southern Corporation<br>Three Commercial Place<br>Norfolk VA 23510-2191<br>540-524-6123 | Freight | | $105,777.00 |
| 24 | Colonial Packaging, Inc.<br>103 Plowden Mill Rd.<br>Sumter, S.C., 29153 | Bill Kaneft<br>Colonial Packaging, Inc.<br>103 Plowden Mill Rd.<br>Sumter, S.C., 29153<br>803-773-7922 | Trade debt | | $103,105.20 |
| 25 | Savage Poultry, Inc.<br>1310 Pine Street<br>Delmar, MD 21875 | Lewis Wood<br>Savage Poultry, Inc.<br>1310 Pine Street<br>Delmar, MD 21875<br>410-543-7900 | Trade debt | | $97,635.89 |
| 26 | Garrison Trucking, Inc.<br>1103 County Road 1194<br>Vinemont, AL 35179-8668 | Linda Peinhardt<br>Garrison Trucking, Inc.<br>1103 County Road 1194<br>Vinemont, AL 35179-8668<br>256-737-1709 | Freight | | $92,993.09 |
| 27 | Aviagen, Inc.<br>Cummings Research Park<br>5015 Bradford Drive<br>Huntsville, AL 35805 | Jeannell Goines<br>Aviagen, Inc.<br>5015 Bradford Dr.<br>Huntsville, AL 35805<br>800-826-9685<br>205-732-4286 | Trade debt | | $90,914.40 |
| 28 | Lange Logistics, Inc.<br>45 South Avenue<br>Suite 200<br>Marietta, GA 30060 | Kyle Rains<br>Lange Logistics, Inc.<br>45 South Avenue<br>Suite 200<br>Marietta, GA 30060<br>770-980-1101 | Freight | | $82,972.00 |
| 29 | Continental Mills, Inc.<br>18125 Andover Park West<br>Seattle, WA 98188 | Pat Quigley<br>Continental Mills, Inc.<br>18125 Andover Park West<br>Seattle, WA 98188<br>253-872-8400 | Trade debt | | $77,196.00 |
| 30 | Whatley Oil & Auto Parts Inc.<br>720 Blakely Street<br>Cuthbert, GA 31740 | Andy Bridges<br>Whatley Oil & Auto Parts Inc.<br>720 Blakely Street<br>Cuthbert, GA 31740<br>706-324-4274 | Trade debt | | $75,843.34 |

DMSLIBRARY01-17456165.3

**In re: Cagle's, Inc.,** *et al.*

**Chapter 11**

# DECLARATION REGARDING
# CONSOLIDATED LIST OF 30 LARGEST UNSECURED CREDITORS

  I, the Executive Vice President and Chief Financial Officer of Cagle's, Inc. and Cagle's Farms, Inc., declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Dated: October 19, 2011　　　　　　　　　　　/s/ Mark M. Ham IV
　　　　　　　　　　　　　　　　　　　　　　Name: Mark M. Ham IV
　　　　　　　　　　　　　　　　　　　　　　Title: Executive Vice President and Chief Financial Officer

*Penalty for making a false statement or concealing property*: Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.

DMSLIBRARY01-17456165.3