# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
### ATLANTA DIVISION

| | |
|---|---|
| **In re:** ) | **Chapter 11** |
| ) | |
| **CAGLE'S, INC.,** ) | **Case No. 11-80202** |
| **CAGLE'S FARMS, INC.,** ) | **Case No. 11-80203** |
| ) | |
| **Debtors.** ) | |
| ) | |

## NOTICE OF (I) FILING OF CHAPTER 11 PETITIONS, (II) FIRST DAY PLEADINGS AND (III) HEARINGS ON FIRST DAY PLEADINGS

PLEASE TAKE NOTICE THAT, on October 19, 2011 (the "Petition Date"), the above-captioned debtors and debtors in possession (collectively, the "Debtors") filed with the United States Bankruptcy Court for the Northern District of Georgia (the "Court") their respective voluntary petitions for relief under chapter 11 of title 11 of the United States Code (the "Bankruptcy Code") commencing the above-captioned chapter 11 cases.

PLEASE TAKE FURTHER NOTICE THAT, together with their chapter 11 petitions, on the Petition Date, the Debtors also filed the following motions and applications as to which emergency relief is requested (collectively, the "First Day Hearing Pleadings"):

1. Debtors' Emergency Motion for an Order Directing Joint Administration of Chapter 11 Cases  [Docket No. 3]

2. Debtors' Emergency Motion for an Order Establishing Notice and Administrative Procedures  [Docket No. 4]

3. Debtors' Emergency Motion for an Order to Extend Time to File Schedules and Statements of Financial Affairs  [Docket No. 5]

4. Debtors' Emergency Motion to Authorize Payment of Pre-Petition Wages, Payroll Taxes, Certain Employee Benefits, and Related Expenses, and Other Compensation to Employees  [Docket No. 6]

5. Debtors' Emergency Motion for Authority to Continue Pre-Existing Insurance Programs, to Maintain Insurance Premium Financing Programs, and to Pay Pre-Petition Premiums and Related Obligations  [Docket No. 7]

6. Debtors' Emergency Motion for Authority to (A) Maintain Existing Bank Accounts and Continue Use of Existing Cash Management System, (B) Continue Use of Existing Business Forms, and (C) Continue Existing Investment Practices  [Docket No. 8]

7. Debtors' Emergency Motion for an Order Authorizing the Debtors to Pay Pre-Petition Sales, Use, Trust Fund, and Other Taxes and Related Obligations  [Docket No. 9]

8. Debtors' Emergency Motion for an Order Authorizing the Debtors to Maintain and Administer Customer Programs and Honor Certain Pre-Petition Obligations Related Thereto  [Docket No. 10]

9. Debtors' Emergency Motion For Interim and Final Orders (A) Prohibiting Utilities from Altering, Refusing, or Discontinuing Service on Account of Prepetition Invoices, (B) Deeming Utilities Adequately Assured of Future Performance, and (C) Establishing Procedures for Determining Adequate Assurance of Payment  [Docket No. 1]

10. Debtors' Emergency Motion for an Order Authorizing the Debtors to Honor Prepetition Obligations to and Continue Prepetition Practices with Shippers, Warehousemen and Other Lien Claimants  [Docket No. 12]

11. Debtors' Emergency Motion for an Order Authorizing Debtors to Honor Prepetition Obligations to Growers and Catchers  [Docket No. 13]

12. Debtors' Emergency Motion Pursuant to 11 U.S.C. §§ 105, 361, 362, 363, 364 and 507 for Interim and Final Orders (i) Authorizing Debtors to Incur Postpetition Secured Superpriority Indebtedness  Pursuant to Sections 105(a), 362, 364(c)(1), 364(c)(2), 364(c)(3) and 364(d); (ii) Modifying the Automatic Stay; and (iii) Scheduling a Final Hearing Pursuant to Bankruptcy Rules 4001(b) and 4001(c)  [Docket No. __]

PLEASE TAKE FURTHER NOTICE THAT the Court has scheduled the hearing on the First Day Hearing Pleadings (the "First Day Hearing") on **October 20, 2011 at 3:00 p.m. (prevailing Eastern Time), in Courtroom 1402, United States Bankruptcy Court, 75 Spring Street, Atlanta, Georgia 30303** in accordance with the Court's schedule.

PLEASE TAKE FURTHER NOTICE THAT a copy of each pleading can be viewed and/or obtained by: (i) accessing the Court's website at www.ganb.uscourts.gov, (ii) contacting the Office of the Clerk of the Court at 75 Spring Street, Atlanta, Georgia 30303, or (iii) from the

Debtors' proposed notice and claims agent, Kurtzman Carson Consultants LLC, at www.kccllc.net/Cagles.

**PLEASE TAKE FURTHER NOTICE THAT your rights may be affected. You should read the First Day Hearing Pleadings carefully and discuss them with your attorney, if you have one, in connection with these chapter 11 cases. If you do not have an attorney, you may wish to consult one.**

PLEASE TAKE FURTHER NOTICE THAT, if you do not want the Court to grant the relief requested in the First Day Hearing Pleadings, or if you want the Court to consider your views on the First Day Hearing Pleadings, then you or your attorney must attend the First Day Hearing.

Dated:  October 19, 2011
       Atlanta, Georgia

Respectfully submitted,

KING & SPALDING LLP

/s/ Paul K. Ferdinands
Paul K. Ferdinands
Georgia Bar No. 258623
pferdinands@kslaw.com
Jeffrey R. Dutson
Georgia Bar No. 637106
jdutson@kslaw.com
1180 Peachtree Street
Atlanta, Georgia 30309-3521
Telephone:    (404) 572-4600
Facsimile:    (404) 572-5128

PROPOSED COUNSEL FOR THE
DEBTORS-IN-POSSESSION