IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| CGLA LIQUIDATION, INC., | ) Case No. 11-80202-PWB |
| CF LIQUIDATION, INC., | ) |
| | ) |
| Debtors. | ) Jointly Administered |
| | ) |

**DEBTORS' POST-CONFIRMATION QUARTERLY OPERATING REPORT
FOR THE PERIOD
FROM JANUARY 1, 2015 TO MARCH 31, 2015**

Come now the above-named debtors and file their Quarterly Operating Report in accordance with the Guidelines established by the United States Trustee and Rule 2015 of the Federal Rules of Bankruptcy Procedure.

/s/ Jeffrey R. Dutson

CGLA LIQUIDATION, INC
1385 Collier Rd. NW
Atlanta, GA 30318
Telephone: (404) 355-2820
Fax: (404) 350-9605

KING & SPALDING LLP
Paul K. Ferdinands
Georgia Bar No. 258623
pferdinands@kslaw.com
Jeffrey R. Dutson
Georgia Bar No. 637106
jdutson@kslaw.com
1180 Peachtree Street
Atlanta, Georgia 30309-3521
Telephone: (404) 572-4600
Fax: (404) 572-5131

COUNSEL FOR THE DEBTORS IN POSSESSION

QOR-1

## ATTACHMENT 1

### QUESTIONAIRE/INSURANCE INFORMATION

#### QUESTIONAIRE

| | YES* | NO |
|---|---|---|
| 1. Have any assets been sold or transferred outside the normal course of business or outside the Plan of Reorganization during this reporting period? | | X |
| 2. Are any post-confirmation sales or payroll taxes past due? | | X |
| 3. Are any amounts owed to post-confirmation creditors/vendors over 90 days delinquent? | | X |
| 4. Is the Debtor current on all post-confirmation plan payments? | X | |

* If the answer to any of the above questions is "YES," please provide a detailed explanation of each item on a separate sheet.

#### INSURANCE INFORMATION

| | YES | NO* |
|---|---|---|
| 1. Are any real and person property, vehicle/auto, general liability, fire, theft, worker's compensation, and other necessary insurance coverages in effect? | X | |
| 2. Are all premium payments current? | X | |

* If the answer to any of the above questions is "NO," please provide a detailed explanation of each item on a separate sheet.

#### CONFIRMATION OF INSURANCE

| Term of Policy | Carrier | Expiration Date | Payment Amt. & Frequency | Delinquency Amount |
|---|---|---|---|---|
| 6 year | Lockton | 8/11/18 | Paid in Full | - |

**PERTINENT DEVELOPMENTS, EVENTS AND MATTERS DURING THIS REPORTING PERIOD:**

Estimated Date of Filing the Application for Final Decree: December 2015

I declare under penalty of perjury that this statement and the accompanying documents and reports are true and correct to the best of my knowledge and belief.

This 20th day of April, 2015.

(Signature)

QOR-2

## ATTACHMENT 2

## SCHEDULE OF RECEIPTS AND DISBURSEMENTS

CGLA LIQUIDATION, INC.,   Case No. 11-80202
CF LIQUIDATION, INC.,   Case No. 11-80203
*Debtors.*   *Jointly Administered*

**CONFIRMATION DATE: October 19, 2012**

| (In $000's) | Quarter Ended March 31, 2015 | Post-Confirmation Total |
|---|---:|---:|
| **Beginning Cash** | $ 1,051 | $ 18,050 |
| Receipts | 0 | 17,211 |
| **Disbursements** | | |
| Operating Expenses: | | |
| U.S. Trustee Fees | 2 | 69 |
| Federal Taxes | - | 36 |
| State Taxes | 0 | 107 |
| Other Taxes | - | 171 |
| Other Operating Expenses | 127 | 5,993 |
| Plan Payments: | | |
| Administrative Claims | - | 11 |
| Class One | - | - |
| Class Two | - | 2,754 |
| Class Three | - | 10,255 |
| Class Four | - | 955 |
| Class Five | - | 13,987 |
| **Total Disbursements** | 129 | 34,338 |
| **Ending Cash** | $ 922 | $ 922 |

*CF Liquidation, Inc. Disbursements = $0*

## ATTACHMENT 3

## BANK ACCOUNT RECONCILIATION

Debtors: CGLA Liquidation, Inc. and CF Liquidation, Inc.        Case Number: 11-80202

Reporting Period beginning: January 1, 2015        Period ending: March 31, 2015

Attach a copy of current month bank statement and bank reconciliation to this Summary of Bank Activity.

| Bank: | PNC Disb. | PNC P/R | PNC Master |
|---|---|---|---|
| Branch: | Atlanta, GA | Atlanta, GA | Atlanta, GA |
| Account Name: | Disbursements Account | Payroll Account | Master Operating Account |
| Account Number: | :809 | 1817 | 796 |
| Type of Account: | Disbursements | Payroll | Master |

| Account Summary | PNC Disb. | PNC P/R | PNC Master |
|---|---|---|---|
| *In $000's* | | | |
| Ending Balance per Bank Statement | - | - | $1,117.0 |
| Plus Total Amount of Outstanding Deposits | - | - | - |
| Minus Total Amount of Outstanding Checks and other debits | (95.3) | (99.3) | - |
| Minus Service Charges | - | - | - |
| Ending Balance per Check Register * | $(95.3) | $(99.3) | $1,117.0 |

*If Closing Balance is negative, provide explanation: The PNC Disbursements Account and the PNC Payroll Account are zero balance accounts that are funded by the PNC Master Account as checks are presented.

## INVESTMENT ACCOUNT INFORMATION

Each savings and investment account, i.e. certificates of deposits, money market accounts, stocks and bonds, etc., should be listed separately. Attach copies of account statements.

| Type of Security | Face Value | Purchase Price | Purchase Date | Market Value (In $000's) |
|---|---|---|---|---|
| Total | | | | NONE |

**ATTACHMENT 4A**
**PNC OPERATING ACCOUNT**

| Check # | Date | Payee | Purpose | Amount |
|---|---|---|---|---|
| 101135 | 01/05/2015 | | | $ 18,528.90 |
| 101134 | 01/05/2015 | | | 11,500.00 |
| 22053 | 01/06/2015 | | | 231.80 |
| 22054 | 01/06/2015 | | | 229.56 |
| 22055 | 01/06/2015 | | | 135.00 |
| 22056 | 01/06/2015 | | | 450.00 |
| 22057 | 01/06/2015 | | | 129.13 |
| 22058 | 01/06/2015 | | | 425.00 |
| 22059 | 01/08/2015 | | | 103.70 |
| 22060 | 01/08/2015 | | | 16.59 |
| 22062 | 01/08/2015 | | | 229.56 |
| 22063 | 01/08/2015 | | | 135.00 |
| 22064 | 01/08/2015 | | | 450.00 |
| 22065 | 01/08/2015 | | | 129.13 |
| 22061 | 01/08/2015 | | | 231.80 |
| 22066 | 01/13/2015 | | | 226.89 |
| 22067 | 01/13/2015 | | | 99.90 |
| 22068 | 01/13/2015 | | | 425.00 |
| 22069 | 01/15/2015 | | | 107.69 |
| 22070 | 01/15/2015 | | | 10.00 |
| 22072 | 01/15/2015 | | | 229.56 |
| 22073 | 01/15/2015 | | | 135.00 |
| 22075 | 01/15/2015 | | | 129.13 |
| 22071 | 01/15/2015 | | | 231.80 |
| 22074 | 01/15/2015 | | | 450.00 |
| 22076 | 01/20/2015 | | | 425.00 |
| 22077 | 01/20/2015 | | | 374.00 |
| 22078 | 01/22/2015 | | | 96.90 |
| 22079 | 01/22/2015 | | | 194.06 |
| 22080 | 01/22/2015 | | | 122.00 |
| 22082 | 01/22/2015 | | | 37.31 |
| 22083 | 01/22/2015 | | | 74.50 |
| 22084 | 01/22/2015 | | | 148.53 |
| 22085 | 01/22/2015 | | | 265.18 |
| 22086 | 01/22/2015 | | | 158.90 |
| 22087 | 01/22/2015 | | | 90.84 |
| 22088 | 01/22/2015 | | | 586.83 |
| 22089 | 01/22/2015 | | | 125.45 |
| 22090 | 01/22/2015 | | | 450.00 |
| 22092 | 01/22/2015 | | | 229.56 |
| 22093 | 01/22/2015 | | | 135.00 |
| 22094 | 01/22/2015 | | | 450.00 |
| 22095 | 01/22/2015 | | | 129.13 |
| 22074 | 01/22/2015 | | | (450.00) |
| 22081 | 01/22/2015 | | | 666.73 |
| 22091 | 01/22/2015 | | | 231.80 |
| 22098 | 01/27/2015 | | | 53.27 |
| 22099 | 01/27/2015 | | | 425.00 |
| 22096 | 01/27/2015 | | | 610.50 |
| 22097 | 01/27/2015 | | | 2,476.39 |
| 22100 | 01/27/2015 | | | 129.13 |
| 22101 | 01/29/2015 | | | 57.35 |
| 22102 | 01/29/2015 | | | 2,943.99 |
| 22103 | 01/29/2015 | | | 248.20 |
| 22104 | 01/29/2015 | | | 425.48 |
| 22105 | 01/29/2015 | | | 31.00 |
| 22106 | 01/29/2015 | | | 231.80 |
| 22107 | 01/29/2015 | | | 229.56 |
| 22108 | 01/29/2015 | | | 135.00 |
| 22109 | 01/29/2015 | | | 450.00 |
| 101138 | 02/01/2015 | | | 11,500.00 |

**ATTACHMENT 4A**
**PNC OPERATING ACCOUNT**

| Check # | Date | Payee | Purpose | Amount |
|---|---|---|---|---|
| 101139 | 02/01/2015 | | | 1,625.00 |
| 101140 | 02/01/2015 | | | 1,189.24 |
| 101141 | 02/01/2015 | | | 1,205.95 |
| 22110 | 02/03/2015 | | | 400.00 |
| 22111 | 02/03/2015 | | | 425.00 |
| 22112 | 02/03/2015 | | | 129.13 |
| 22114 | 02/05/2015 | | | 229.56 |
| 22115 | 02/05/2015 | | | 135.00 |
| 22116 | 02/05/2015 | | | 450.00 |
| 22113 | 02/05/2015 | | | 231.80 |
| 22117 | 02/10/2015 | | | 37.95 |
| 22118 | 02/10/2015 | | | 96.92 |
| 22119 | 02/10/2015 | | | 526.92 |
| 22120 | 02/10/2015 | | | 49.22 |
| 22121 | 02/10/2015 | | | 425.00 |
| 22122 | 02/10/2015 | | | 129.13 |
| 22124 | 02/12/2015 | | | 13.50 |
| 22126 | 02/12/2015 | | | 229.56 |
| 22127 | 02/12/2015 | | | 135.00 |
| 22128 | 02/12/2015 | | | 450.00 |
| 22123 | 02/12/2015 | | | 254.97 |
| 22125 | 02/12/2015 | | | 231.80 |
| 22129 | 02/17/2015 | | | 425.00 |
| 22131 | 02/17/2015 | | | 129.13 |
| 22130 | 02/17/2015 | | | 374.00 |
| 22132 | 02/19/2015 | | | 80.00 |
| 22133 | 02/19/2015 | | | 88.99 |
| 22134 | 02/19/2015 | | | 89.93 |
| 22135 | 02/19/2015 | | | 237.40 |
| 22136 | 02/19/2015 | | | 453.00 |
| 22137 | 02/19/2015 | | | 112.88 |
| 22139 | 02/19/2015 | | | 229.56 |
| 22140 | 02/19/2015 | | | 135.00 |
| 22141 | 02/19/2015 | | | 450.00 |
| 22138 | 02/19/2015 | | | 231.80 |
| 22142 | 02/24/2015 | | | 226.89 |
| 22144 | 02/24/2015 | | | 74.50 |
| 22147 | 02/24/2015 | | | 425.00 |
| 22143 | 02/24/2015 | | | 98.20 |
| 22145 | 02/24/2015 | | | 117.61 |
| 22146 | 02/24/2015 | | | 20.00 |
| 22148 | 02/24/2015 | | | 129.13 |
| 22149 | 02/26/2015 | | | 554.15 |
| 22150 | 02/26/2015 | | | 3,858.19 |
| 22151 | 02/26/2015 | | | 231.80 |
| 22152 | 02/26/2015 | | | 229.56 |
| 22153 | 02/26/2015 | | | 135.00 |

## ATTACHMENT 4A
## PNC OPERATING ACCOUNT

| Check # | Date | Payee | Purpose | Amount |
|---|---|---|---|---|
| 22154 | 02/26/2015 | | | 450.00 |
| 22155 | 03/03/2015 | | | 425.00 |
| 22156 | 03/03/2015 | | | 129.13 |
| 22157 | 03/05/2015 | | | 231.80 |
| 22158 | 03/05/2015 | | | 229.56 |
| 22159 | 03/05/2015 | | | 135.00 |
| 22160 | 03/05/2015 | | | 450.00 |
| 101142 | 03/06/2015 | | | 11,500.00 |
| 22161 | 03/10/2015 | | | 208.82 |
| 22162 | 03/10/2015 | | | 786.65 |
| 22163 | 03/10/2015 | | | 391.55 |
| 22164 | 03/10/2015 | | | 57.86 |
| 22165 | 03/10/2015 | | | 119.65 |
| 22166 | 03/10/2015 | | | 425.00 |
| 22167 | 03/10/2015 | | | 129.13 |
| 22168 | 03/12/2015 | | | 1,546.10 |
| 22169 | 03/12/2015 | | | 568.36 |
| 22170 | 03/12/2015 | | | 2,618.60 |
| 22171 | 03/12/2015 | | | 231.80 |
| 22172 | 03/12/2015 | | | 229.56 |
| 22173 | 03/12/2015 | | | 135.00 |
| 22174 | 03/12/2015 | | | 450.00 |
| 101143 | 03/13/2015 | | | 1,176.17 |
| 101144 | 03/13/2015 | | | 3,875.88 |
| 101145 | 03/13/2015 | | | 26.72 |
| 101146 | 03/13/2015 | | | 11,081.95 |
| 22175 | 03/17/2015 | | | 122.00 |
| 22176 | 03/17/2015 | | | 10.00 |
| 22177 | 03/17/2015 | | | 280.16 |
| 22178 | 03/17/2015 | | | 557.00 |
| 22179 | 03/17/2015 | | | 28.25 |
| 22180 | 03/17/2015 | | | 425.00 |
| 22181 | 03/17/2015 | | | 374.00 |
| 22182 | 03/17/2015 | | | 129.13 |
| 22183 | 03/19/2015 | | | 1,445.76 |
| 22184 | 03/19/2015 | | | 102.31 |
| 22185 | 03/19/2015 | | | 107.69 |
| 22186 | 03/19/2015 | | | 228.56 |
| 22187 | 03/19/2015 | | | 231.80 |
| 22188 | 03/19/2015 | | | 229.56 |
| 22189 | 03/19/2015 | | | 135.00 |
| 22190 | 03/19/2015 | | | 450.00 |
| 22191 | 03/24/2015 | | | 598.70 |
| 22192 | 03/24/2015 | | | 395.94 |
| 22193 | 03/24/2015 | | | 10.00 |
| 22194 | 03/24/2015 | | | 1,802.80 |
| 22195 | 03/24/2015 | | | 425.00 |
| 22196 | 03/24/2015 | | | 450.00 |
| 22197 | 03/24/2015 | | | 129.13 |
| 22198 | 03/26/2015 | | | 231.80 |
| 22199 | 03/26/2015 | | | 229.56 |
| 22200 | 03/26/2015 | | | 135.00 |
| 22201 | 03/31/2015 | | | 28.25 |
| 22202 | 03/31/2015 | | | 181.40 |
| 22203 | 03/31/2015 | | | 425.00 |
| 22204 | 03/31/2015 | | | 450.00 |
| 22205 | 03/31/2015 | | | 129.13 |
| | | | | **$ 125,283.12** |

## ATTACHMENT 4B
## PNC MASTER ACCOUNT

| Check # | Date | Payee | Purpose | Amount |
|---|---|---|---|---|
| ACH | 01/31/2015 | | | $ 1,128.65 |
| ACH | 02/28/2015 | | | 1,120.41 |
| ACH | 03/31/2015 | | | 1,127.36 |
| | | | Total | $ 3,376.42 |

# EXHIBITS

MOR-16

**Exhibit 1**

**Statement for PNC Disbursements Account**

# Corporate Business Account Statement

**◉ PNC BANK**

Page 1 of 2
Account Number:

For the period  03/01/2015 to 03/31/2015

CAGLE'S INC
1385 COLLIER RD NW
ATLANTA GA 30318-7444

Number of enclosures:  0
Tax ID Number
☎ For Client Services:
   Call 1-800-669-1518
🖥 Visit us at PNC.com/treasury
✉ Write to: Treas Mgmt Client Care
   One Financial Parkway
   Locator Z1-Yb42-03-1
   Kalamazoo MI 49009

## Account Summary Information

### Balance Summary

| | Beginning balance | Deposits and other credits | Checks and other debits | Ending balance |
|---|---|---|---|---|
| | .00 | 52,250.55 | 52,250.55 | .00 |

| Deposits and Other Credits | | | Checks and Other Debits | | |
|---|---|---|---|---|---|
| Description | Items | Amount | Description | Items | Amount |
| Deposits | 0 | .00 | Checks | 61 | 52,250.55 |
| National Lockbox | 0 | .00 | Returned Items | 0 | .00 |
| ACH Credits | 0 | .00 | ACH Debits | 0 | .00 |
| Funds Transfers In | 0 | .00 | Funds Transfers Out | 0 | .00 |
| Trade Services | 0 | .00 | Trade Services | 0 | .00 |
| Investments | 0 | .00 | Investments | 0 | .00 |
| Zero Balance Transfers | 21 | 52,250.55 | Zero Balance Transfers | 0 | .00 |
| Adjustments | 0 | .00 | Adjustments | 0 | .00 |
| Other Credits | 0 | .00 | Other Debits | 0 | .00 |
| Total | 21 | 52,250.55 | Total | 61 | 52,250.55 |

### Ledger Balance

| Date | Ledger balance | Date | Ledger balance | Date | Ledger balance |
|---|---|---|---|---|---|
| 03/01 | .00 | 03/12 | .00 | 03/23 | .00 |
| 03/02 | .00 | 03/13 | .00 | 03/24 | .00 |
| 03/03 | .00 | 03/16 | .00 | 03/25 | .00 |
| 03/04 | .00 | 03/17 | .00 | 03/26 | .00 |
| 03/06 | .00 | 03/18 | .00 | 03/27 | .00 |
| 03/09 | .00 | 03/19 | .00 | 03/30 | .00 |
| 03/10 | .00 | 03/20 | .00 | 03/31 | .00 |
| 03/11 | .00 | | | | |

## Deposits and Other Credits

### Zero Balance Transfers

21 transactions for a total of $52,250.55

| Date posted | Amount | Transaction description |
|---|---|---|
| 03/02 | 254.97 | |
| 03/03 | 4,690.52 | |
| 03/04 | 374.00 | |
| 03/06 | 654.56 | |
| 03/09 | 554.15 | |
| 03/10 | 264.13 | |

Zero Balance Transfers continued on next page

**Exhibit 2**

**Statement for PNC Payroll Account**

## Corporate Business Account Statement

 **PNCBANK**

Page 1 of 1
Account Number:

**For the period   03/01/2015 to 03/31/2015**

CAGLE'S INC
1385 COLLIER RD NW
ATLANTA GA 30318-7444

Number of enclosures:   0
Tax ID Number
☎ For Client Services:
Call 1-800-669-1518
🖥 Visit us at PNC.com/treasury
✉ Write to: Treas Mgmt Client Care
One Financial Parkway
Locator Z1-Yb42-03-1
Kalamazoo MI 49009

### Account Summary Information

**Balance Summary**

| | Beginning balance | Deposits and other credits | Checks and other debits | Ending balance |
|---|---|---|---|---|
| | .00 | .00 | .00 | .00 |

| Deposits and Other Credits | | | Checks and Other Debits | | |
|---|---|---|---|---|---|
| Description | Items | Amount | Description | Items | Amount |
| Deposits | 0 | .00 | Checks | 0 | .00 |
| National Lockbox | 0 | .00 | Returned Items | 0 | .00 |
| ACH Credits | 0 | .00 | ACH Debits | 0 | .00 |
| Funds Transfers In | 0 | .00 | Funds Transfers Out | 0 | .00 |
| Trade Services | 0 | .00 | Trade Services | 0 | .00 |
| Investments | 0 | .00 | Investments | 0 | .00 |
| Zero Balance Transfers | 0 | .00 | Zero Balance Transfers | 0 | .00 |
| Adjustments | 0 | .00 | Adjustments | 0 | .00 |
| Other Credits | 0 | .00 | Other Debits | 0 | .00 |
| Total | 0 | .00 | Total | 0 | .00 |

**Ledger Balance**

| Date | Ledger balance |
|---|---|
| 03/01 | .00 |

Member FDIC         🏠 Equal Housing Lender

## Exhibit 3

**Statement for PNC Master Operating Account**

# Corporate Business Account Statement

**⊗ PNC BANK**

Page 1 of 2
Account Number:

For the period 02/28/2015 to 03/31/2015

CAGLE'S INC
1385 COLLIER RD NW
ATLANTA GA 30318-7444

Number of enclosures: 0
Tax ID Number:
☎ For Client Services:
 Call 1-800-669-1518
🖳 Visit us at PNC.com/treasury
✉ Write to: Treas Mgmt Client Care
 One Financial Parkway
 Locator Z1-Yb42-03-1
 Kalamazoo MI 49009

## Account Summary Information

### Balance Summary

| Beginning balance | Deposits and other credits | Checks and other debits | Ending balance |
|---|---|---|---|
| 1,170,420.02 | .00 | 53,377.91 | 1,117,042.11 |

| Deposits and Other Credits | | | Checks and Other Debits | | |
|---|---|---|---|---|---|
| Description | Items | Amount | Description | Items | Amount |
| Deposits | 0 | .00 | Checks | 0 | .00 |
| National Lockbox | 0 | .00 | Returned Items | 0 | .00 |
| ACH Credits | 0 | .00 | ACH Debits | 0 | .00 |
| Funds Transfers In | 0 | .00 | Funds Transfers Out | 0 | .00 |
| Trade Services | 0 | .00 | Trade Services | 0 | .00 |
| Investments | 0 | .00 | Investments | 0 | .00 |
| Zero Balance Transfers | 0 | .00 | Zero Balance Transfers | 21 | 52,250.55 |
| Adjustments | 0 | .00 | Adjustments | 0 | .00 |
| Other Credits | 0 | .00 | Other Debits | 1 | 1,127.36 |
| Total | 0 | .00 | Total | 22 | 53,377.91 |

### Ledger Balance

| Date | Ledger balance | Date | Ledger balance | Date | Ledger balance |
|---|---|---|---|---|---|
| 02/28 | 1,170,420.02 | 03/12 | 1,161,551.87 | 03/23 | 1,124,953.23 |
| 03/02 | 1,170,165.05 | 03/13 | 1,160,918.05 | 03/24 | 1,122,664.53 |
| 03/03 | 1,165,474.53 | 03/16 | 1,137,757.56 | 03/25 | 1,122,562.22 |
| 03/04 | 1,165,100.53 | 03/17 | 1,133,296.68 | 03/26 | 1,122,137.22 |
| 03/06 | 1,164,445.97 | 03/18 | 1,127,169.16 | 03/27 | 1,121,209.10 |
| 03/09 | 1,163,891.82 | 03/19 | 1,126,344.52 | 03/30 | 1,118,678.47 |
| 03/10 | 1,163,627.69 | 03/20 | 1,125,919.52 | 03/31 | 1,117,042.11 |
| 03/11 | 1,163,177.69 | | | | |

## Checks and Other Debits

### Zero Balance Transfers — 21 transactions for a total of $52,250.55

| Date posted | Amount | Transaction description |
|---|---|---|
| 03/02 | 254.97 | |
| 03/03 | 4,690.52 | |
| 03/04 | 374.00 | |
| 03/06 | 654.56 | |
| 03/09 | 554.15 | |
| 03/10 | 264.13 | |

Zero Balance Transfers continued on next page