IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| CGLA LIQUIDATION, INC., | ) Case No. 11-80202-PWB |
| CF LIQUIDATION, INC., | ) |
| | ) |
| Debtors. | ) Jointly Administered |
| | ) |

**DEBTORS' POST-CONFIRMATION QUARTERLY OPERATING REPORT
FOR THE PERIOD
FROM JULY 1, 2018 TO SEPTEMBER 30, 2018**

Come now the above-named debtors and file their Quarterly Operating Report in accordance with the Guidelines established by the United States Trustee and Rule 2015 of the Federal Rules of Bankruptcy Procedure.

/s/ Jeffrey R. Dutson

CGLA LIQUIDATION, INC
1385 Collier Rd. NW
Atlanta, GA 30318
Telephone: (404) 355-2820
Fax: (404) 350-9605

KING & SPALDING LLP
Paul K. Ferdinands
Georgia Bar No. 258623
pferdinands@kslaw.com
Jeffrey R. Dutson
Georgia Bar No. 637106
jdutson@kslaw.com
1180 Peachtree Street
Atlanta, Georgia 30309-3521
Telephone: (404) 572-4600
Fax: (404) 572-5131

COUNSEL FOR THE DEBTORS IN POSSESSION

## ATTACHMENT 1

### QUESTIONAIRE/INSURANCE INFORMATION

#### QUESTIONAIRE

| | YES* | NO |
|---|---|---|
| 1. Have any assets been sold or transferred outside the normal course of business or outside the Plan of Reorganization during this reporting period? | | X |
| 2. Are any post-confirmation sales or payroll taxes past due? | | X |
| 3. Are any amounts owed to post-confirmation creditors/vendors over 90 days delinquent? | | X |
| 4. Is the Debtor current on all post-confirmation plan payments? | X | |

* If the answer to any of the above questions is "YES," please provide a detailed explanation of each item on a separate sheet.

#### INSURANCE INFORMATION

| | YES | NO* |
|---|---|---|
| 1. Are any real and person property, vehicle/auto, general liability, fire, theft, worker's compensation, and other necessary insurance coverages in effect? | X | |
| 2. Are all premium payments current? | X | |

* If the answer to any of the above questions is "NO," please provide a detailed explanation of each item on a separate sheet.

#### CONFIRMATION OF INSURANCE

| Term of Policy | Carrier | Expiration Date | Payment Amt. & Frequency | Delinquency Amount |
|---|---|---|---|---|
| 6 year | Lockton | 8/11/18 | Paid in Full | - |

**PERTINENT DEVELOPMENTS, EVENTS AND MATTERS DURING THIS REPORTING PERIOD:**

Estimated Date of Filing the Application for Final Decree: June 2019

I declare under penalty of perjury that this statement and the accompanying documents and reports are true and correct to the best of my knowledge and belief.

This __24th__ day of __October__, 20__18__.

_____ (Signature)

**ATTACHMENT 2**

**SCHEDULE OF RECEIPTS AND DISBURSEMENTS**

CGLA LIQUIDATION, INC.,    Case No. 11-80202
CF LIQUIDATION, INC.,    Case No. 11-80203
*Debtors.*    *Jointly Administered*

**CONFIRMATION DATE: October 19, 2012**

| (In $000's) | Quarter Ended September 30, 2018 | Post-Confirmation Total |
|---|---|---|
| **Beginning Cash** | $ 744 | $ 18,050 |
| Receipts | 77 | 18,759 |
| **Disbursements** | | |
| Operating Expenses: | | |
| U.S. Trustee Fees | 1 | 87 |
| Federal Taxes | - | 36 |
| State Taxes | - | 109 |
| Other Taxes | - | 171 |
| Other Operating Expenses | 184 | 7,807 |
| Plan Payments: | | |
| Administrative Claims | - | 11 |
| Class One | - | - |
| Class Two | - | 2,754 |
| Class Three | - | 10,255 |
| Class Four | - | 955 |
| Class Five | - | 13,987 |
| **Total Disbursements** | 185 | 36,171 |
| **Ending Cash** | $ 637 | $ 637 |

*CF Liquidation, Inc. Disbursements = $0*

(1)

**ATTACHMENT 3**

**BANK ACCOUNT RECONCILIATION**

Debtors: CGLA Liquidation, Inc. and CF Liquidation, Inc.     Case Number: 11-80202

Reporting Period beginning: July 1, 2018     Period ending: September 30, 2018

Attach a copy of current month bank statement and bank reconciliation to this Summary of Bank Activity.

| Bank: | PNC Disb. | PNC P/R | PNC Master |
|---|---|---|---|
| Branch: | Atlanta, GA | Atlanta, GA | Atlanta, GA |
| Account Name: | Disbursements Account | Payroll Account | Master Operating Account |
| Account Number: | | | |
| Type of Account: | Disbursements | Payroll | Master |

| Account Summary | PNC Disb. | PNC P/R | PNC Master |
|---|---|---|---|
| *In $000's* | | | |
| Ending Balance per Bank Statement | - | - | $843.3 |
| Plus Total Amount of Outstanding Deposits | - | - | - |
| Minus Total Amount of Outstanding Checks and other debits | (107.0) | (99.3) | - |
| Minus Service Charges | - | - | - |
| Ending Balance per Check Register * | $(107.0) | $(99.3) | $843.3 |

*If Closing Balance is negative, provide explanation: The PNC Disbursements Account and the PNC Payroll Account are zero balance accounts that are funded by the PNC Master Account as checks are presented.

**INVESTMENT ACCOUNT INFORMATION**

Each savings and investment account, i.e. certificates of deposits, money market accounts, stocks and bonds, etc., should be listed separately. Attach copies of account statements.

| Type of Security | Face Value | Purchase Price | Purchase Date | Market Value (In $000's) |
|---|---|---|---|---|
| | | | | |
| Total | | | | NONE |

## ATTACHMENT 4A
## PNC OPERATING ACCOUNT

| Check # | Date | Payee | Purpose | Amount |
|---|---|---|---|---|
| 23980 | 07/03/2018 | | | 318.75 |
| 23981 | 07/03/2018 | | | 106.25 |
| 23982 | 07/05/2018 | | | 760.90 |
| 23983 | 07/05/2018 | | | 93,071.15 |
| 23984 | 07/05/2018 | | | 1,007.99 |
| 23985 | 07/05/2018 | | | 39.52 |
| 23986 | 07/05/2018 | | | 830.25 |
| 23987 | 07/05/2018 | | | 52.68 |
| 23988 | 07/05/2018 | | | 995.64 |
| 23989 | 07/05/2018 | | | 135.00 |
| 23990 | 07/05/2018 | | | 374.00 |
| 101267 | 07/06/2018 | | | 1,208.14 |
| 101268 | 07/06/2018 | | | 8,550.00 |
| 101269 | 07/06/2018 | | | 11,500.00 |
| 23991 | 07/10/2018 | | | 107.69 |
| 23992 | 07/10/2018 | | | 10.00 |
| 23993 | 07/10/2018 | | | 318.75 |
| 23994 | 07/10/2018 | | | 106.25 |
| 23995 | 07/12/2018 | | | 135.00 |
| 23996 | 07/17/2018 | | | 1,793.50 |
| 23997 | 07/17/2018 | | | 10.00 |
| 23998 | 07/17/2018 | | | 318.75 |
| 23999 | 07/17/2018 | | | 106.25 |
| 24000 | 07/19/2018 | | | 9,785.78 |
| 24001 | 07/19/2018 | | | 46.50 |
| 24002 | 07/19/2018 | | | 135.00 |
| 24003 | 07/24/2018 | | | 318.75 |
| 24004 | 07/24/2018 | | | 106.25 |
| 24005 | 07/26/2018 | | | 226.89 |
| 24006 | 07/26/2018 | | | 10.00 |
| 24007 | 07/26/2018 | | | 135.00 |
| 24008 | 07/31/2018 | | | 318.75 |
| 24009 | 07/31/2018 | | | 106.25 |
| 101270 | 08/01/2018 | | | 11,500.00 |
| 24010 | 08/02/2018 | | | 14.59 |
| 24011 | 08/02/2018 | | | 1,793.50 |
| 24012 | 08/02/2018 | | | 20.92 |
| 24013 | 08/02/2018 | | | 49.25 |
| 24014 | 08/02/2018 | | | 1,109.46 |
| 24015 | 08/02/2018 | | | 216.04 |
| 24016 | 08/02/2018 | | | 135.00 |
| 24017 | 08/02/2018 | | | 374.00 |
| 101271 | 08/03/2018 | | | 1,459.29 |
| 101272 | 08/06/2018 | | | 975.00 |
| 24018 | 08/07/2018 | | | 318.75 |
| 24019 | 08/07/2018 | | | 106.25 |
| 24020 | 08/09/2018 | | | 215.17 |
| 24021 | 08/09/2018 | | | 112.50 |
| 24022 | 08/09/2018 | | | 24.50 |
| 24023 | 08/09/2018 | | | 135.00 |
| 24024 | 08/14/2018 | | | 52.68 |
| 24025 | 08/14/2018 | | | 10.00 |
| 24026 | 08/14/2018 | | | 318.75 |
| 24027 | 08/14/2018 | | | 106.25 |
| 24028 | 08/16/2018 | | | 903.57 |
| 24029 | 08/16/2018 | | | 93.00 |

## ATTACHMENT 4A
## PNC OPERATING ACCOUNT

| Check # | Date | Payee | Purpose | Amount |
|---|---|---|---|---:|
| 24030 | 08/16/2018 | | | 135.00 |
| 24031 | 08/21/2018 | | | 53.95 |
| 24032 | 08/21/2018 | | | 106.54 |
| 24033 | 08/21/2018 | | | 18.48 |
| 24034 | 08/21/2018 | | | 226.89 |
| 24035 | 08/21/2018 | | | 28.47 |
| 24036 | 08/21/2018 | | | 318.75 |
| 24037 | 08/21/2018 | | | 106.25 |
| 24038 | 08/23/2018 | | | 8.90 |
| 24039 | 08/23/2018 | | | 112.50 |
| 24040 | 08/23/2018 | | | 107.70 |
| 24041 | 08/23/2018 | | | 10.94 |
| 24042 | 08/23/2018 | | | 75.47 |
| 24043 | 08/23/2018 | | | 135.00 |
| 24044 | 08/28/2018 | | | 318.75 |
| 24045 | 08/28/2018 | | | 106.25 |
| 24046 | 08/30/2018 | | | 56.68 |
| 24047 | 08/30/2018 | | | 135.00 |
| 24048 | 08/30/2018 | | | 374.00 |
| 101273 | 08/31/2018 | | | 102.52 |
| 101275 | 08/31/2018 | | | 11,500.00 |
| 24049 | 09/04/2018 | | | 318.75 |
| 24050 | 09/04/2018 | | | 106.25 |
| 101274 | 09/04/2018 | | | 1,217.82 |
| 24051 | 09/06/2018 | | | 50.85 |
| 24052 | 09/06/2018 | | | 1,022.18 |
| 24053 | 09/06/2018 | | | 10.00 |
| 24054 | 09/06/2018 | | | 135.00 |
| 24055 | 09/07/2018 | | | 240.00 |
| 24056 | 09/11/2018 | | | 77.50 |
| 24057 | 09/11/2018 | | | 1,576.90 |
| 24058 | 09/11/2018 | | | 115.15 |
| 24059 | 09/11/2018 | | | 4,407.78 |
| 24060 | 09/11/2018 | | | 19.50 |
| 24061 | 09/11/2018 | | | 318.75 |
| 24062 | 09/11/2018 | | | 106.25 |
| 24063 | 09/13/2018 | | | 39.01 |
| 24064 | 09/13/2018 | | | 961.77 |
| 24065 | 09/13/2018 | | | 44.56 |
| 24066 | 09/13/2018 | | | 254.02 |
| 24067 | 09/13/2018 | | | 64.96 |
| 24068 | 09/13/2018 | | | 135.00 |
| 24069 | 09/18/2018 | | | 112.50 |
| 24070 | 09/18/2018 | | | 226.89 |
| 24071 | 09/18/2018 | | | 538.15 |
| 24072 | 09/18/2018 | | | 46.50 |
| 24073 | 09/18/2018 | | | 318.75 |
| 24074 | 09/18/2018 | | | 106.25 |
| 24075 | 09/20/2018 | | | 135.00 |
| 24076 | 09/25/2018 | | | 318.75 |
| 24077 | 09/25/2018 | | | 106.25 |
| 24078 | 09/27/2018 | | | 135.00 |
| 24079 | 09/27/2018 | | | 374.00 |
| | | | | $ 180,767.18 |

## ATTACHMENT 4B
## PNC MASTER ACCOUNT

| Check # | Date | Payee | Purpose | Amount |
|---|---|---|---|---|
| ACH | 07/31/2018 | | | $ 1,214.68 |
| ACH | 08/31/2018 | | | 1,273.24 |
| ACH | 09/28/2018 | | | 1,246.04 |
| | | | Total | $ 3,733.96 |

Case 11-80202-pwb   Doc 1117   Filed 10/31/18   Entered 10/31/18 16:09:29   Desc Main
Document      Page 7 of 14

# EXHIBITS

MOR-16

# Exhibit 1

**Statement for PNC Disbursements Account**

**Exhibit 1**

Statement for PNC Disbursements Account

Case 11-80202-pwb    Doc 1117    Filed 10/31/18    Entered 10/31/18 16:09:29    Desc Main
Document    Page 9 of 14

# Corporate Business Account Statement

 **PNC BANK**

Page 1 of 2
Account Number:

**For the period  09/01/2018 to 09/30/2018**

CAGLE'S INC
ATTN SEAN HARDING
1201 W PEACHTREE ST NW STE 500
ATLANTA GA 30309

Number of enclosures: 0
Tax ID Number:
For Client Services:
Call 1-800-669-1518

Visit us at PNC.com/treasury

Write to: Treas Mgmt Client Care
One Financial Parkway
Locator Z1-Yb42-03-1
Kalamazoo MI 49009

## Account Summary Information

### Balance Summary

| | Beginning balance | Deposits and other credits | Checks and other debits | Ending balance |
|---|---|---|---|---|
| | .00 | 13,455.47 | 13,455.47 | .00 |

| Deposits and Other Credits | | | Checks and Other Debits | | |
|---|---|---|---|---|---|
| Description | Items | Amount | Description | Items | Amount |
| Deposits | 0 | .00 | Checks | 31 | 13,455.47 |
| National Lockbox | 0 | .00 | Returned Items | 0 | .00 |
| ACH Credits | 0 | .00 | ACH Debits | 0 | .00 |
| Funds Transfers In | 0 | .00 | Funds Transfers Out | 0 | .00 |
| Trade Services | 0 | .00 | Trade Services | 0 | .00 |
| Investments | 0 | .00 | Investments | 0 | .00 |
| Zero Balance Transfers | 16 | 13,455.47 | Zero Balance Transfers | 0 | .00 |
| Adjustments | 0 | .00 | Adjustments | 0 | .00 |
| Other Credits | 0 | .00 | Other Debits | 0 | .00 |
| Total | 16 | 13,455.47 | Total | 31 | 13,455.47 |

### Ledger Balance

| Date | Ledger balance | Date | Ledger balance | Date | Ledger balance |
|---|---|---|---|---|---|
| 09/01 | .00 | 09/12 | .00 | 09/24 | .00 |
| 09/04 | .00 | 09/14 | .00 | 09/25 | .00 |
| 09/06 | .00 | 09/17 | .00 | 09/26 | .00 |
| 09/07 | .00 | 09/19 | .00 | 09/27 | .00 |
| 09/10 | .00 | 09/20 | .00 | 09/28 | .00 |
| 09/11 | .00 | 09/21 | .00 | | |

## Deposits and Other Credits

**Zero Balance Transfers**   16 transactions for a total of $13,455.47

| Date posted | Amount | Transaction description |
|---|---|---|
| 09/04 | 1,380.75 | Funds Transfer From Acct 5325188796 |
| 09/06 | 135.00 | Funds Transfer From Acct 5325188796 |
| 09/07 | 318.75 | Funds Transfer From Acct 5325188796 |
| 09/10 | 1,022.18 | Funds Transfer From Acct 5325188796 |
| 09/11 | 531.10 | Funds Transfer From Acct 5325188796 |
| 09/12 | 135.00 | Funds Transfer From Acct 5325188796 |
| 09/14 | 4,820.99 | Funds Transfer From Acct 5325188796 |

Zero Balance Transfers continued on next page

**Exhibit 2**

**Statement for PNC Payroll Account**

# Corporate Business Account Statement

 PNC BANK

Page 1 of 1
Account Number:

For the period   09/01/2018 to 09/30/2018

CAGLE'S INC
ATTN SEAN HARDING
1201 W PEACHTREE ST NW STE 500
ATLANTA GA 30309

Number of enclosures:   0
Tax ID Number:
☎ For Client Services:
Call 1-800-669-1518

🖥 Visit us at PNC.com/treasury

✉ Write to:  Treas Mgmt Client Care
One Financial Parkway
Locator Z1-Yb42-03-1
Kalamazoo MI 49009

## Account Summary Information

### Balance Summary

| | Beginning balance | Deposits and other credits | Checks and other debits | Ending balance |
|---|---|---|---|---|
| | .00 | .00 | .00 | .00 |

| Deposits and Other Credits | | | Checks and Other Debits | | |
|---|---|---|---|---|---|
| Description | Items | Amount | Description | Items | Amount |
| Deposits | 0 | .00 | Checks | 0 | .00 |
| National Lockbox | 0 | .00 | Returned Items | 0 | .00 |
| ACH Credits | 0 | .00 | ACH Debits | 0 | .00 |
| Funds Transfers In | 0 | .00 | Funds Transfers Out | 0 | .00 |
| Trade Services | 0 | .00 | Trade Services | 0 | .00 |
| Investments | 0 | .00 | Investments | 0 | .00 |
| Zero Balance Transfers | 0 | .00 | Zero Balance Transfers | 0 | .00 |
| Adjustments | 0 | .00 | Adjustments | 0 | .00 |
| Other Credits | 0 | .00 | Other Debits | 0 | .00 |
| Total | 0 | .00 | Total | 0 | .00 |

### Ledger Balance

| Date | Ledger balance |
|---|---|
| 09/01 | .00 |

## Exhibit 3

**Statement for PNC Master Operating Account**

# Corporate Business Account Statement

 **PNC BANK**

Page 1 of 2
Account Number:

For the period 09/01/2018 to 09/28/2018

CAGLE'S INC
ATTN SEAN HARDING
1201 W PEACHTREE ST NW STE 500
ATLANTA GA 30309

Number of enclosures: 0
Tax ID Number:
For Client Services:
Call 1-800-669-1518

Visit us at PNC.com/treasury

Write to: Treas Mgmt Client Care
One Financial Parkway
Locator Z1-Yb42-03-1
Kalamazoo MI 49009

## Account Summary Information

### Balance Summary

| Beginning balance | Deposits and other credits | Checks and other debits | Ending balance |
|---|---|---|---|
| 780,819.11 | 77,208.74 | 14,701.51 | 843,326.34 |

### Deposits and Other Credits / Checks and Other Debits

| Description | Items | Amount | Description | Items | Amount |
|---|---|---|---|---|---|
| Deposits | 1 | 77,208.74 | Checks | 0 | .00 |
| National Lockbox | 0 | .00 | Returned Items | 0 | .00 |
| ACH Credits | 0 | .00 | ACH Debits | 0 | .00 |
| Funds Transfers In | 0 | .00 | Funds Transfers Out | 0 | .00 |
| Trade Services | 0 | .00 | Trade Services | 0 | .00 |
| Investments | 0 | .00 | Investments | 0 | .00 |
| Zero Balance Transfers | 0 | .00 | Zero Balance Transfers | 16 | 13,455.47 |
| Adjustments | 0 | .00 | Adjustments | 0 | .00 |
| Other Credits | 0 | .00 | Other Debits | 1 | 1,246.04 |
| Total | 1 | 77,208.74 | Total | 17 | 14,701.51 |

### Ledger Balance

| Date | Ledger balance | Date | Ledger balance | Date | Ledger balance |
|---|---|---|---|---|---|
| 09/01 | 780,819.11 | 09/12 | 777,296.33 | 09/24 | 845,687.04 |
| 09/04 | 779,438.36 | 09/14 | 772,475.34 | 09/25 | 845,541.78 |
| 09/06 | 779,303.36 | 09/17 | 772,238.13 | 09/26 | 845,003.63 |
| 09/07 | 778,984.61 | 09/19 | 772,056.63 | 09/27 | 844,891.13 |
| 09/10 | 777,962.43 | 09/20 | 771,562.61 | 09/28 | 843,326.34 |
| 09/11 | 777,431.33 | 09/21 | 848,225.71 | | |

## Deposits and Other Credits

### Deposits — 1 transaction for a total of $77,208.74

| Date posted | Amount | Transaction description | Reference number |
|---|---|---|---|
| 09/21 | 77,208.74 | Deposit | 050545375 |